# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Frederick W. Bauer

Case No. Civil 01-917 JRT/FLN

v.

**JUDGMENT IN A CIVIL CASE**

Sam J. Ervin;
Ralph C. Winter, Jr; and
Bailey Aldrich

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Petitioner's petition for writ of habeas corpus is DISMISSED.
It is further ordered that Petitioner's application to proceed in forma pauperis is DENIED.

DATE: November 12, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery , Deputy Clerk